## Pay Statement
**School District of Philadelphia**



| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Tanisha Flood | [redacted] | | 2026-07-24 | 2026-07-31 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,620.02 | 57,987.72 |
| Imputed Earnings | 0.00 | 90.75 |
| Pretax Deductions | 325.74 | 5,190.99 |
| Employee Tax Deductions | 868.73 | 13,838.20 |
| Voluntary Deductions | 87.20 | 1,408.99 |
| Net Payment | 2,338.35 | 37,458.79 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Base Pay 10 Month Earnings Results | 0.00 | 55,927.82 |
| Base Pay 10 Month Retro | 0.00 | -217.62 |
| Legal Fund Employer PFT Earnings Results | 0.00 | 90.75 |
| Professional Development Participant Retro | 0.00 | 196.88 |
| Reserve Accrual Earnings Results | 0.00 | -9,611.99 |
| Reserve Payout Earnings Results | 3,620.02 | 10,475.96 |
| Workers Compensation Nontaxable Retro | 0.00 | 255.44 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Personal Illness Earnings Deduction | 0.00 | -652.86 |
| Personal Illness Earnings Results | 0.00 | 652.86 |
| Personal Illness Earnings Retro Deduction | 0.00 | 217.62 |
| Personal Illness Earnings Retro Results | 0.00 | -217.62 |
| Personal Leave Earnings Deduction | 0.00 | -435.24 |
| Personal Leave Earnings Results | 0.00 | 435.24 |
| Workers Compensation Supplement Earnings Retro Deduction | 0.00 | -435.24 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PSERS Employee Results | 0.00 | 3,537.46 |
| PSERS Reserve Payout Employee Results | 271.50 | 785.69 |
| Salary Medical Employee - PFT PPO 25 Results | 54.24 | 867.84 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 348.74 | 5,543.10 |
| Social Security Employee Withheld | 221.08 | 3,525.60 |
| Medicare Employee Withheld | 51.70 | 824.53 |
| SIT Withheld (PA) | 109.47 | 1,745.71 |
| SUI Employee Withheld (PA) | 2.53 | 40.43 |
| City Withheld (PA,Philadelphia,Philadelphia) | 135.21 | 2,158.83 |

## Pay Statement

**School District of Philadelphia**



| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| TSA 403B Roth Employee Results | **50.00** | **800.00** |
| Basic Life Employee Results (0) | **0.00** | **14.00** |
| PAC Fund PFT Results (0) | **1.00** | **16.00** |
| Union Dues PFT Results (0) | **36.20** | **578.99** |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 223166798 | Freedom Credit Union | **2,338.35** |

## Pay Statement
**School District of Philadelphia**



| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Tanisha Flood | [redacted] | | 2026-08-07 | 2026-08-14 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,620.01 | 61,607.73 |
| Imputed Earnings | 0.00 | 90.75 |
| Pretax Deductions | 325.74 | 5,516.73 |
| Employee Tax Deductions | 868.73 | 14,706.93 |
| Voluntary Deductions | 87.20 | 1,496.19 |
| Net Payment | 2,338.34 | 39,797.13 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Base Pay 10 Month Earnings Results | 0.00 | 55,927.82 |
| Base Pay 10 Month Retro | 0.00 | -217.62 |
| Legal Fund Employer PFT Earnings Results | 0.00 | 90.75 |
| Professional Development Participant Retro | 0.00 | 196.88 |
| Reserve Accrual Earnings Results | 0.00 | -9,611.99 |
| Reserve Payout Earnings Results | 3,620.01 | 14,095.97 |
| Workers Compensation Nontaxable Retro | 0.00 | 255.44 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Personal Illness Earnings Deduction | 0.00 | -652.86 |
| Personal Illness Earnings Results | 0.00 | 652.86 |
| Personal Illness Earnings Retro Deduction | 0.00 | 217.62 |
| Personal Illness Earnings Retro Results | 0.00 | -217.62 |
| Personal Leave Earnings Deduction | 0.00 | -435.24 |
| Personal Leave Earnings Results | 0.00 | 435.24 |
| Workers Compensation Supplement Earnings Retro Deduction | 0.00 | -435.24 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PSERS Employee Results | 0.00 | 3,537.46 |
| PSERS Reserve Payout Employee Results | 271.50 | 1,057.19 |
| Salary Medical Employee - PFT PPO 25 Results | 54.24 | 922.08 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 348.74 | 5,891.84 |
| Social Security Employee Withheld | 221.07 | 3,746.67 |
| Medicare Employee Withheld | 51.71 | 876.24 |
| SIT Withheld (PA) | 109.47 | 1,855.18 |
| SUI Employee Withheld (PA) | 2.53 | 42.96 |
| City Withheld (PA,Philadelphia,Philadelphia) | 135.21 | 2,294.04 |

**Pay Statement**

**School District of Philadelphia**



| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| TSA 403B Roth Employee Results | **50.00** | **850.00** |
| Basic Life Employee Results (0) | **0.00** | **14.00** |
| PAC Fund PFT Results (0) | **1.00** | **17.00** |
| Union Dues PFT Results (0) | **36.20** | **615.19** |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 225139655 | Freedom Credit Union | **2,338.34** |

**Pay Statement**

**School District of Philadelphia**



| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Tanisha Flood | [redacted] | | 2026-08-21 | 2026-08-28 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,624.05 | 65,231.78 |
| Imputed Earnings | 8.25 | 99.00 |
| Pretax Deductions | 325.42 | 5,842.15 |
| Employee Tax Deductions | 870.28 | 15,577.21 |
| Voluntary Deductions | 89.16 | 1,585.35 |
| Net Payment | 2,330.94 | 42,128.07 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Base Pay 10 Month Earnings Results | 2,166.15 | 58,093.97 |
| Base Pay 10 Month Retro | 0.00 | -217.62 |
| Legal Fund Employer PFT Earnings Results | 8.25 | 99.00 |
| Professional Development Participant Retro | 0.00 | 196.88 |
| Reserve Accrual Earnings Results | -358.25 | -9,970.24 |
| Reserve Payout Earnings Results | 1,807.90 | 15,903.87 |
| Workers Compensation Nontaxable Retro | 0.00 | 255.44 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Personal Illness Earnings Deduction | 0.00 | -652.86 |
| Personal Illness Earnings Results | 0.00 | 652.86 |
| Personal Illness Earnings Retro Deduction | 0.00 | 217.62 |
| Personal Illness Earnings Retro Results | 0.00 | -217.62 |
| Personal Leave Earnings Deduction | 0.00 | -435.24 |
| Personal Leave Earnings Results | 0.00 | 435.24 |
| Workers Compensation Supplement Earnings Retro Deduction | 0.00 | -435.24 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PSERS Employee Results | 135.59 | 3,673.05 |
| PSERS Reserve Payout Employee Results | 135.59 | 1,192.78 |
| Salary Medical Employee - PFT PPO 25 Results | 54.24 | 976.32 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 349.70 | 6,241.54 |
| Social Security Employee Withheld | 221.33 | 3,968.00 |
| Medicare Employee Withheld | 51.76 | 928.00 |
| SIT Withheld (PA) | 109.59 | 1,964.77 |
| SUI Employee Withheld (PA) | 2.54 | 45.50 |
| City Withheld (PA,Philadelphia,Philadelphia) | 135.36 | 2,429.40 |

**Pay Statement**
**School District of Philadelphia**



| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| TSA 403B Roth Employee Results | **50.00** | **900.00** |
| Basic Life Employee Results (0) | **2.00** | **16.00** |
| PAC Fund PFT Results (0) | **1.00** | **18.00** |
| Union Dues PFT Results (0) | **36.16** | **651.35** |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 228355575 | Freedom Credit Union | **2,330.94** |

## Pay Statement

**School District of Philadelphia**



| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Tanisha Flood | [redacted] | | 2026-09-04 | 2026-09-11 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,667.44 | 68,899.22 |
| Imputed Earnings | 8.25 | 107.25 |
| Pretax Deductions | 330.30 | 6,172.45 |
| Employee Tax Deductions | 884.89 | 16,462.10 |
| Voluntary Deductions | 87.59 | 1,672.94 |
| Net Payment | 2,356.41 | 44,484.48 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Base Pay 10 Month Earnings Results | 4,384.28 | 62,478.25 |
| Base Pay 10 Month Retro | 0.00 | -217.62 |
| Legal Fund Employer PFT Earnings Results | 8.25 | 107.25 |
| Professional Development Participant Retro | 0.00 | 196.88 |
| Reserve Accrual Earnings Results | -725.09 | -10,695.33 |
| Reserve Payout Earnings Results | 0.00 | 15,903.87 |
| Workers Compensation Nontaxable Retro | 0.00 | 255.44 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Personal Illness Earnings Deduction | 0.00 | -652.86 |
| Personal Illness Earnings Results | 0.00 | 652.86 |
| Personal Illness Earnings Retro Deduction | 0.00 | 217.62 |
| Personal Illness Earnings Retro Results | 0.00 | -217.62 |
| Personal Leave Earnings Deduction | 0.00 | -435.24 |
| Personal Leave Earnings Results | 0.00 | 435.24 |
| Workers Compensation Supplement Earnings Retro Deduction | 0.00 | -435.24 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PSERS Employee Results | 274.44 | 3,947.49 |
| PSERS Reserve Payout Employee Results | 0.00 | 1,192.78 |
| Salary Medical Employee - PFT PPO 25 Results | 55.86 | 1,032.18 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 358.17 | 6,599.71 |
| Social Security Employee Withheld | 223.92 | 4,191.92 |
| Medicare Employee Withheld | 52.37 | 980.37 |
| SIT Withheld (PA) | 110.88 | 2,075.65 |
| SUI Employee Withheld (PA) | 2.57 | 48.07 |
| City Withheld (PA,Philadelphia,Philadelphia) | 136.98 | 2,566.38 |

**Pay Statement**

**School District of Philadelphia**



| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| TSA 403B Roth Employee Results | **50.00** | **950.00** |
| Basic Life Employee Results (0) | **0.00** | **16.00** |
| PAC Fund PFT Results (0) | **1.00** | **19.00** |
| Union Dues PFT Results (0) | **36.59** | **687.94** |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 231718756 | Freedom Credit Union | **2,356.41** |