**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tanisha Flood,<br><br>*Debtor*. | Case No. 26-13983-AMC<br>Chapter 13 |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on September 23, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 23, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service - First Class Mail

**Aes/Pheaa**
Attn: Bankruptcy
P.O. Box 2461
Harrisburg, PA 17105-2461

**Amex**
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

**Bank of America**
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

**Barclays Bank Delaware**
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298

**Citibank**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790046
Saint Louis, MO 63179

**Comenity Bank/Breadrwds**
Attn: Bankruptcy
PO Box 182273
Columbus, OH 43218

**Freedom Credit Union**
Attn: Bankruptcy
626 Jacksonville Road , Suite 250
Warminster, PA 18974

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Midland Mortgage Co**
Attn: Customer Service/Bankruptcy
PO Box 26648
Oklahoma City, OK 73216-0648

**Mohela/Navient**
633 Spirit Drive
Chesterfield, MO 63005

**Nissan Motor Acceptance Corp.**
Attn: Bankruptcy
PO Box 660360
Dallas, TX 75266-0360

**PECO Energy Company**
Attn: Bankruptcy
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pffcu/Police & Fire Fcu**
901 Arch Street
Philadelphia, PA 19107

**PNC Bank**
Attn: Bankruptcy
300 5th Ave
Pittsburgh, PA 15222-2401

**Synchrony Bank/Lowes**
Bankruptcy
PO Box 965060
Orlando, FL 32896

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617